## United States District Court
## District of New Jersey

| | | |
|---|---|---|
| Trustees of Teamsters Health & Welfare Fund of Philadelphia & Vicinity, | : : : | |
| Plaintiffs | : : | Civil Action |
| v. | : : | No. 19-16708 (RBK)(KMW) |
| C. Abbonizio Contractors, Inc., | : : : | |
| Defendant | : : | |

### Notice of Voluntary Dismissal

To the Clerk of the Court:

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been filed by the defendant, the plaintiffs hereby voluntarily dismiss the above-captioned action, without prejudice.

|  |  |
|---|---|
| September 13, 2019 | /s/  R. Matthew Pettigrew, Jr. |
| Date | R. Matthew Pettigrew, Jr. |
| | Markowitz & Richman |
| | Suite 2020 |
| | 123 South Broad Street |
| | Philadelphia, PA 19109 |
| | 215-875-3132 |